## VANCE SOLMAN *v.* COMMISSIONER
## OF CORRECTION
## (AC 35307)

Lavine, Alvord and Peters, Js.

Submitted on briefs March 14—officially released April 1, 2014

Per Curiam. The appeal is dismissed.

## JORGE RODRIGUEZ *v.* COMMISSIONER
## OF CORRECTION
## (AC 34680)

Lavine, Alvord and Peters, Js.

Submitted on briefs March 14—officially released April 1, 2014

Per Curiam. The appeal is dismissed.

## MICHAEL HOLBROOK *v.* COMMISSIONER
## OF CORRECTION
## (AC 35063)

Lavine, Sheldon and Pellegrino, Js.

Argued March 17—officially released April 8, 2014

Per Curiam. The judgment is affirmed.